# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES,<br><br>v.<br><br>BRANDYN ALLEN SEABREEZE, | CRIMINAL ACTION<br><br>NO. 24-CR-22 |

## ORDER

AND NOW this 4th day of June, 2024, following briefing from both parties and an evidentiary hearing regarding Defendant's Motion to Suppress, Defendant's motion, ECF 17, is **DENIED**.

BY THE COURT:

/s/ Michael M. Baylson

**MICHAEL M. BAYLSON**
**United States District Court Judge**

O:\David.2023\24-cr-22 USA v. Seabreeze\24-cr-22 Order Denying Motion to Suppress.docx