# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITEDS STATES OF AMERICA,** <br><br> v. <br><br> **BRANDYN ALLEN SEABREEZE** | **CRIMINAL ACTION** <br><br> **NO. 24-22** |

## ORDER

**AND NOW,** this 22nd day of April, 2025, it is **ORDERED** that the foregoing Memorandum Opinion re: Sentencing, which the Court indicated at the conclusion of the sentencing hearing in this matter that it would be filing, shall be made part of the record.

**BY THE COURT:**

/s/ Michael M. Baylson
_____
**MICHAEL M. BAYLSON**
**United States District Court Judge**

\\adu.dcn\paed\PHL-DATA\Judge_Baylson\Criminal Cases\24-22 U.S. v. Seabreeze\24-22 order for memoop.docx